U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUL 1 8 2006

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 18, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 04-30108 USA v. Handy
      USDC No.  2:00-CR-319-1-D
                   2:03-CV-2071

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 3 ) Volumes    ( 2 ) Envelopes    (  ) Boxes
                   (SEALED)

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

        By: _____
            Renee S. McDonough, Deputy Clerk
            504-310-7673

cc: (letter only)
    Honorable A J McNamara
    Mr Harry Handy
    Mr Tony Gordon Sanders

MDT-1

__ Fee _____
__ Process _____
X  Dktd _____
__ CtRmDep _____
__ Doc. No. _____