```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      *         CRIMINAL DOCKET

VERSUS                        *         NO: 00-319

HARRY HANDY                   *         SECTION: "D"
```

**O R D E R**

The court has now received the Mandate from the Fifth Circuit remanding this matter for an evidentiary hearing "to determine whether [Harry Handy's] attorneys advised Handy that he would not receive more than 13 to 17 years of imprisonment and whether his attorneys advised Handy to deny that he received a promise of a specific sentence at the guilty-plea hearing." (*See* Fifth Circuit Op. No. 30108, attached to Judgment issued as Mandate on July 18, 2006).

The court will hold a **Status Conference** in chambers on **Wednesday, August 2, 2006, at 11:30 a.m.** Counsel for the Government and both Harry J. Boyer, Jr. and William Clifton Stoutz, former counsel for Harry Handy, are instructed to attend.

New Orleans, Louisiana, this **24th** day of **July, 2006.**

_A.J. McNamara_
A.J. MCNAMARA
UNITED STATES DISTRICT JUDGE