```
MINUTE ENTRY
McNAMARA, J.
AUGUST 2, 2006
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO: 00-319 |
| HARRY HANDY | * | SECTION: "D"(2) |

      A status conference was held this date. Counsel in attendance were: Diane Copes and Tony Sanders for the United States of America; Harry Boyer and Clifton Stoutz.

__JS 10   00:10__