UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *          CRIMINAL DOCKET

VERSUS                            *          NO: 00-319

HARRY HANDY                       *          SECTION: "D"

<u>**O R D E R**</u>

The Fifth Circuit remanded this matter for an evidentiary hearing "to determine whether [Harry Handy's] attorneys advised Handy that he would not receive more than 13 to 17 years of imprisonment and whether his attorneys advised Handy to deny that he received a promise of a specific sentence at the guilty-plea hearing." (*See* Fifth Circuit Op. No. 30108, attached to Judgment issued as Mandate on July 18, 2006).

On Wednesday, August 2, 2006, the court held a **Status Conference** with the following counsel attending: AUSA Diane Copes and AUSA Tony Sanders ; Harry Boyer; and Clifton Stoutz. At this conference, the court scheduled the **Evidentiary Hearing** on **<u>Monday, October 30, 2006 at 10:00 a.m.</u>** and a **Pre-Hearing Conference** on **<u>Wednesday, October 18, 2006 at 11:30 a.m.</u>** Defendant Handy will be

appointed counsel from the Public Defender panel for the purpose of

the Evidentiary Hearing, and the court will advise the parties in

a separate Order the identity of the appointed counsel.

New Orleans, Louisiana, this **2nd** day of **August**, **2006.**


_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE