```
MINUTE ENTRY
McNAMARA, J.
OCTOBER 18, 2006
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO: 00-319 |
| HARRY HANDY | * | SECTION: "D" |

The court held a Status Conference on Wednesday October 18, 2006. Counsel in attendance were: Tony Sanders and Jeff Mitchell for the United States, Frank Sloan for defendant Harry Handy; Harry Boyer and Clifton Stoutz.

```
JS 10   00:20
```