UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO: 00-319 |
| HARRY HANDY | * | SECTION: "D" |

### O R D E R

On Wednesday, October 18, 2006, the court held a **Status Conference** to discuss the upcoming **Evidentiary Hearing** scheduled on **Monday, October 30, 2006 at 10:00 a.m.** Counsel attending the Status Conference included: AUSA Tony Sanders and AUSA Jeff Mitchell for the United States; Frank Sloan for Defendant, Harry Handy; Harry Boyer and Clifton Stoutz.

At this conference, the court instructed the Government to file by **12:00 noon on Thursday, October 26, 2006**, its positional memorandum. Any other counsel who *elects* to file a memorandum must also due so by **12:00 noon on Thursday, October 26, 2006**. Any memorandum filed with the court must also be simultaneously served on all counsel.

New Orleans, Louisiana, this **18th** day of **October, 2006.**

                                                             A.J. McNAMARA
                                      UNITED STATES DISTRICT JUDGE