```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO: 00-319 |
| HARRY HANDY | * | SECTION: "D" |

### O R D E R

The United States Marshal's office has advised the court that Defendant Harry Handy did not make the transport plane for purposes of his appearance at the Evidentiary Hearing presently scheduled on Monday, October 30, 2006 at 10:00 a.m.

Accordingly;

The court **RE-SCHEDULES** the **Evidentiary Hearing** on **Monday, November 13, 2006 at 10:00 a.m.**  Further, the parties now have until **12:00 noon on Wednesday, November 8, 2006** to file their respective pre-hearing memoranda.

New Orleans, Louisiana, this **24th** day of **October**, **2006**.

```
                              _____
                                      A.J. McNAMARA
                              UNITED STATES DISTRICT JUDGE
```