```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO: 00-319 |
| HARRY HANDY | * | SECTION: "D" |

### O R D E R

The **Evidentiary Hearing** scheduled on **Monday, November 13, 2006 at 10:00 a.m.** remains set. However, attorney Clifton Stoutz advised the court on November 8, 2006, that he has a conflict with this setting. To accommodate his schedule, the court will **RE-CONVENE** the **Evidentiary Hearing** on **Tuesday, November 14, 2006 at 10:00 a.m.**, at which time any party who elects to call Mr. Stoutz to testify can do so. All other testimony will be taken on Monday, November 13, 2006, beginning at 10:00 a.m.

New Orleans, Louisiana, this **9th** day of **November**, **2006**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE