MINUTE ENTRY
McNAMARA, J.
NOVEMBER 13, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
|---|---|
| VERSUS | NO. 00-319 |
| HARRY HANDY | SECTION "D" |

JUDGE A. J. McNAMARA PRESIDING

**MONDAY, NOVEMBER 13, 2006 AT 10:00 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Arlene Movahed

APPEARANCES:  Tony Sanders and Jeff Mitchell, AUSA
              Frank Sloan, for defendant
              Laurie A. White, for defendant

**EVIDENTIARY HEARING (NOT HELD)**

Defendant present.
Counsel, Laurie White orally moves to be substituted as counsel of record for defendant, Harry Handy, in place of Frank Sloan - **ORDERED GRANTED** and Laurie White is enrolled as counsel and Frank Sloan is withdrawn.
Counsel for defendant orally moves that this matter be continued - **ORDERED GRANTED.**
This matter is continued to Thursday, December 7, 2006 at 10:00 a.m.
Defendant remanded.

**JS-10:  0:05**