```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      *        CRIMINAL DOCKET

VERSUS                        *        NO: 00-319

HARRY HANDY                   *        SECTION: "D"
```

**O R D E R**

An **Evidentiary Hearing** was scheduled to begin in this matter on **Monday, November 13, 2006 at 10:00 a.m.** However, immediately before convening that hearing, the court was advised that Defendant Harry Handy wanted attorney Laurie White to represent him instead of his court-appointed attorney, Frank Sloan. In open court, Defendant Harry Handy confirmed that he desired this substitution of counsel and he also acknowledged that this substitution would cause the Evidentiary Hearing to be continued to afford his new counsel sufficient time for effective preparation.

Accordingly, the court allowed **Laurie White to enroll and Frank Sloan to withdraw** as counsel for Defendant Harry Handy;

Further, the court **CONTINUED** the Evidentiary Hearing that was scheduled to begin on Monday, November 13, 2006, and to reconvene

on Tuesday, November 14, 2006 at 10:00 a.m. (only for the purpose of taking testimony form attorney Clifton Stoutz), to **Thursday, December 7, 2006 at 10:00 a.m.** afford his new counsel sufficient time for effective preparation.

Further, the court **ORDERED** Defendant's counsel to file Defendant's pre-hearing memorandum <u>and</u> a copy of the transcript of the recorded telephone conversation Defendant gave to counsel no later than by **12:00 noon on Friday, December 1, 2006**.

Finally, the court **ORDERS** both Harry Boyer and Clifton Stoutz to be present at the Evidentiary Hearing that will begin *promptly* at **10:00 a.m. on Thursday, December 7, 2006**.[1]  The court will not consider any continuances of this Evidentiary Hearing unless an appropriate motion is filed well in advance of this hearing.

New Orleans, Louisiana, this **13th** day of **November**, **2006**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

---

[1] If Messers. Boyer and Stoutz were under subpoena for their appearance at the Evidentiary Hearing scheduled on November 13 and 14, 2006, they will remain under subpoena for the Evidentiary Hearing now set on Thursday, December 7, 2006 at 10:00 a.m.