```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA       *         CRIMINAL DOCKET

VERSUS                         *         NO: 00-319

HARRY HANDY                    *         SECTION: "D"
```

### O R D E R

The court held a **§2255 Evidentiary Hearing** on Thursday, December 7, 2006, and instructed counsel to order a transcript of this hearing so that counsel may refer to it in post-hearing briefs. The court further instructed counsel for Petitioner, Harry Handy, to file Petitioner's post-hearing brief by **3:00 p.m. on Thursday, Janury 18, 2007**, and counsel for the Government to file the Government's post-hearing brief by **3:00 p.m. on Monday, January 29, 2007**. Finally, the court ordered the U.S. Marshall to retain Petitioner Handy in the Eastern District of Louisiana until at least **January 18, 2007**, so that his counsel can confer with him in the preparation of his post-hearing brief.

New Orleans, Louisiana, this **7th** day of **December, 2006.**

                                              A.J. McNAMARA
                                   UNITED STATES DISTRICT JUDGE