MINUTE ENTRY
McNAMARA, J.
DECEMBER 7, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 00-319 |
| HARRY HANDY | SECTION "D" |

JUDGE A. J. McNAMARA PRESIDING

**THURSDAY, DECEMBER 7, 2006 AT 10:00 A.M.**

COURTROOM DEPUTY: Pam Radosta      COURT REPORTER: Jodi Simcox

APPEARANCES:  Tony Sanders and Jeff Mitchell, AUSA
              Laurie A. White, for petitioner, Harry Handy

**EVIDENTIARY HEARING:**

Petitioner, Harry Handy present.
Attorney, Harry Boyer present.
Attorney, Clifton Stoutz not present. IT IS ORDERED that a warrant be issued for the arrest of Attorney, Clifton Stoutz.
Attorney Clifton present. IT IS ORDERED that the warrant be rescinded.
Counsel for petitioner orally moves for a sequestration of witnesses - SO ORDERED.
Petitioner, Harry Handy's witnesses: <u>Clifton Stoutz</u>, sworn and testifies.
                                     <u>Harry Boyer</u>, sworn and testifies.
Joint stipulation entered as to the testimony of the probation officer.
                                     <u>Harry Handy</u>, sworn and testifies.
Petitioner Rests.
Government Rests.
Counsel for Petitioner shall file post-hearing briefs by 3:00 p.m. on Thursday, January 18, 2007, and counsel for the Government shall file post-hearing briefs by 3:00 p.m. on Monday, January 29, 2007.
Matter SUBMITTED.
*Defendant remanded.*

JS-10: 4:30

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___