AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

USA vs. Harry Handy

| | |
|---|---|
| PLAINTIFF'S (Gov't) ATTORNEY | DISTRICT COURT: Eastern District of Louisiana |
| Jeff Mitchell, Tony Sanders | |
| DEFENDANT'S ATTORNEY | DOCKET NUMBER: CR 00-319-D |
| Laurie White | TRIAL DATE(S): Evidentiary Hrg 12-7-06 |
| PRESIDING JUDGE: A.J. McNamara | COURT REPORTER: Jodi Simcox |
| | COURTROOM DEPUTY: P. Cost |

| PLT. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Court A-Z | | 12-7-06 | ✓ | ✓ | See list attached |
| | Petitioner 1 | | ✓ | ✓ | Audio tape |
| | Petitioner 2 | | ✓ | ✓ | Objections to P.S. Report |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

A. Transcript of Rearraignment of Harry Handy

B. Plea Agreement

C. Indictment of Harry Handy

D. Sentencing of Harry Handy

E. Affidavit from Damine Wilson

F. Factual Basis of Harry Handy

G. Affidavit from Harry Handy

H. Memorandum Brief in Support of Motion to Vacate

I. Petitioner's Traverse and Motion for Evidentiary Hearing

J. Pre-sentence Investigative Report

K. Petitioners Reply to Government's Answer

L. Appeal from Denial of a Motion to Vacate

M. Request for Certificate of Appealability

N. Notice of Appeal and Request for Certificate of Appealability

O. Factual Basis of Brandon Smith

P. Letter from Harry Boyer

Q. Letter from Clifton Stoutz

R. Judgment of State v. Handy

S. Affidavit from Brandon Smith

T. Handy-Requested Affidavit from Stoutz

U. Complaint

V. Transcript of Telephone Conversation

W. Sentencing Guidelines Table

X.   Original Affidavit

Y.   Cover Letter

Z.   Fax of PA & FB