UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-319 |
| v. | * | SECTION: "D" |
| HARRY HANDY | * | |
| | * * * | |

MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that Tony Gordon Sanders be substituted for John Morrello as counsel of record for the United States of America.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


 /s/Tony Gordon Sanders
TONY GORDON SANDERS(11705)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3167

## CERTIFICATE OF SERVICE

I certify that on **January 26**, **2007**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to defense counsel.

                                          /s/ Tony Gordon Sanders
                                          TONY GORDON SANDERS
                                          Assistant United States Attorney