UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-319** |
| **v.** | * | **SECTION: "D"** |
| **HARRY HANDY** | * | |
| | * * * | |

**O R D E R**

Considering the foregoing;

**IT IS HEREBY ORDERED** that in the above-captioned matter, Tony Gordon Sanders be substituted for John Morrello as counsel of record for the United States of America.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
HONORABLE A. J. McNAMARA
UNITED STATES DISTRICT JUDGE