UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *          CRIMINAL DOCKET

VERSUS                            *          NO: 00-319

HARRY HANDY                       *          SECTION: "D"

### J U D G M E N T

The court has now conducted an **Evidentiary Hearing** in compliance with the instructions from the United States Court of Appeals for the Fifth Circuit who vacated, in part, this court's Judgment denying Harry Handy's §2255 motion, and remanded the case for an evidentiary hearing on the following issues:

(1) whether Handy's attorneys advised Handy that he would not receive more than 13 to 17 years of imprisonment; and

(2) whether Handy's attorneys advised Handy to deny that he received a promise of a specific sentence at the guilty-plea hearing.

(*See* Fifth Circuit opinion. No. 04-30108, contained in the record as part of mandate issued on July 18, 2006, Doc. No. 298).

For reasons set forth in this court's "Order and Reasons" of February 5, 2007, in which the court considered the testimony and credibility of the witnesses who testified at the Evidentiary Hearing, the exhibits introduced into evidence at this hearing, the parties' post-hearing briefs, the record, and the applicable law,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that Petitioner, Harry Handy, is not entitled to §2255 relief.

New Orleans, Louisiana, this **5th** day of **February**, **2007**.


_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

2