UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HARRY HANDY** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | CASE NO.: 00-319 |
| | * | |
| **UNITED STATES OF AMERICA** | * | SECTION: "D" |

**FILED:** _____

_____ DEPUTY CLERK

## ORDER

**IT IS ORDERED** that Petitioner's Motion for Certificate of Appealability IS _____ as to the following grounds:

1) Whether Petitioner's trial attorneys were ineffective, in violation of the Sixth and Fourteenth Amendments to the United States Constitution, in that they falsely promised Petitioner he would be sentenced to no more than 13 to 17 years in prison on a guilty plea, or that they advised Petitioner to deny he had been promised a specific sentence at the guilty plea colloquy; and

2) Whether the errors committed by Petitioner's trial counsel prejudiced Petitioner.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**
**HON. A.J. MCNAMARA**