UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HARRY HANDY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **CASE NO.: 00-319** |
| | * | |
| **UNITED STATES OF AMERICA** | * | **SECTION: "D"** |

FILED: _____  _____
                                                                                            **DEPUTY CLERK**

### REQUEST FOR CERTIFICATE OF APPEALABILITY

**NOW INTO COURT**, through the undersigned counsel, comes Petitioner Harry Handy, who respectfully requests that this Court issue a *Certificate of Appealability* on the following grounds:

1) Whether Petitioner's trial attorneys were ineffective, in violation of the Sixth and Fourteenth Amendments to the United States Constitution, in that they falsely promised Petitioner he would be sentenced to no more than 13 to 17 years in prison on a guilty plea, or that they advised Petitioner to deny he had been promised a specific sentence at the guilty plea colloquy; and

2) Whether the errors committed by Petitioner's trial counsel prejudiced Petitioner.

Respectfully submitted this 7th day of March, 2007.

1

**LAURIE A. WHITE & ASSOCIATES, LLC**

/s/Laurie A. White
Laurie A. White, Bar No. 17898
Autumn Town, Bar No. 28787
633 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1020
Facsimile: (504) 525-1025

**Attorneys for Petitioner, Harry Handy**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the forgoing has been delivered to the United States Attorney's Office for the Eastern District of Louisiana, via electronic delivery and hand delivery, this 7th day of March, 2007.

/s/ Laurie A. White
Laurie A. White