FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 12 AM 11: 22

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HARRY HANDY | * | CIVIL ACTION |
| VERSUS | * | CASE NO.: 00-319 |
| UNITED STATES OF AMERICA | * | SECTION: "D" |

FILED: _____
_____DEPUTY CLERK

### ORDER

**IT IS ORDERED** that Petitioner's Motion for Certificate of Appealability IS _Denied_ as to the following grounds:

1) Whether Petitioner's trial attorneys were ineffective, in violation of the Sixth and Fourteenth Amendments to the United States Constitution, in that they falsely promised Petitioner he would be sentenced to no more than 13 to 17 years in prison on a guilty plea, or that they advised Petitioner to deny he had been promised a specific sentence at the guilty plea colloquy; and

2) Whether the errors committed by Petitioner's trial counsel prejudiced Petitioner.

3) No substantial showing of denial of a constitutional right.

New Orleans, Louisiana, this _12_ day of _March_____, 2007.

_____
UNITED STATES DISTRICT JUDGE
HON. A.J. MCNAMARA

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____