U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 17 2008
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 07-30380
USDC No. 2:03-CV-2071
USDC No. 2:00-CR-319-1

U.S. COURT OF APPEALS
FILED
APR 15 2008
CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA

          Plaintiff-Appellee

v.

HARRY HANDY, also known as Dubie

          Defendant-Appellant

---

Appeal from the United States District Court
for the Eastern District of Louisiana

---

O R D E R:

    Harry Handy, federal prisoner # 27250-034, has filed a motion for a certificate of appealability (COA) challenging his guilty-plea conviction for conspiracy to possess with intent to distribute more than five kilograms of cocaine hydrochloride and more than 50 grams of cocaine base. Handy asserts that his trial attorneys were ineffective in that they induced him to enter an unknowing and involuntary guilty plea by advising him that he would receive 11 to 13 years of imprisonment and advising him to deny that he received a promise of a specific sentence during the guilty-plea hearing. Handy also asserts that he was prejudiced as a result of his attorneys' ineffectiveness.

___ Fee_____
_X_ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

Handy must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327.

Handy has not made the requisite showing. *See id.*; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, his COA motion is DENIED.

                                                                  _____
                                                                  EDWARD C. PRADO
                                                                  UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
        Deputy
New Orleans, Louisiana            APR 1 5 2008