U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 1 7 2008

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 15, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-30380 USA v. Handy
    USDC No. 2:00-CR-319-1
               2:03-CV-2071

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 2 ) Volumes    ( 2 ) Envelopes    ( ) Boxes

The electronic copy of the record has been recycled.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

      By: _____
           Misty Fontenot, Deputy Clerk
           504-310-7716

cc: w/encl:
    Ms Laurie Anne White
    Mr Tony Gordon Sanders

MDT-1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____